# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:16-mj-00488-VCF |
| vs. | ) | |
| JESSE DOMINGUEZ | ) | |
| Defendant. | ) | **ORDER** |

On July 12, 2016, the Court ORDERED that the CJA administrator shall designate new counsel for JESSE DOMINGUEZ..

Accordingly, IT IS HEREBY ORDERED that MAYSOUN FLETCHER, is APPOINTED as counsel for JESSE DOMINGUEZ for all future proceedings.

The Federal Public Defender's Office shall forward the file to Ms. Fletcher forthwith.

DATED this 13th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE