DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
brandon.jaroch@usdoj.gov

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-mj-00488-VCF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE PRELIMINARY HEARING (First Request) |
| JESSE ALVIA DOMINGUEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bodgen, United States Attorney, Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America, and Maysoun Fletcher, Esq., counsel for JESSE ALVIA DOMINGUEZ:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR July 22, 2016, at 4:00 p.m. before U.S. Magistrate Judge Cam Ferenbach be vacated and set to a time convenient for the Court, but no earlier than 30 days from the current setting.

This stipulation is entered into for the following reasons:

1. The government will be providing defense counsel with limited Rule 16 Discovery. Counsel for the defendant was recently appointed and requests an opportunity to

1  review the discovery and discuss matters with her client prior to a preliminary hearing,

2  information, or indictment in an attempt to resolve the matter prior to indictment.

3      2.  Counsel for the defendant and counsel for the government agree to the

4  continuance.

5      3.  Mr. Dominguez is detained.  Defense counsel has scheduled an initial meeting

6  with Mr. Dominguez tomorrow, July 21, 2016, and will require more time to prepare for the

7  preliminary hearing.

8      4.  Denial of this request for continuance could result in a miscarriage of justice.

9      5.  The additional time requested by this Stipulation is excludable in computing the

10 time from the filing of the criminal complaint through which the government must assert an

11 criminal information or seek an indictment by the Grand Jury pursuant to the Speedy Trial Act,

12 Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title

13 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

14     6.  This is the first request for a continuance.

16 Dated this 20th day of July, 2016.

17

18 Respectfully Submitted,

DANIEL G. BOGDEN
19 United States Attorney

20 */s/ Brandon C. Jaroch*                               */s/ Maysoun Fletcher*
21 BRANDON C. JAROCH, AUSA                 MAYSOUN FLETCHER, Esq.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-mj-00488-VCF |
| Plaintiff, | |
| vs. | |
| JESSE ALVIA DOMINGUEZ, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an information or seek an indictment through the Grand Jury against the defendant is hereby extended from the date of the filing of the complaint up through and including August 23, 2016 when the preliminary hearing will be scheduled.

2. Counsel for the defendant and counsel for the government agree to the continuance.

3. Mr. Dominguez is detained. Defense counsel was recently assigned and will conduct an initial meeting with Mr. Dominguez on July 21, 2016 and will need additional time to prepare for a preliminary hearing.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18,

1  United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United
2  States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).
3       5.  This is the first request to continue the preliminary hearing.
4  For all of the above-stated reasons, the end of justice would best be served by a
5  continuance of the preliminary hearing.

ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for July 22, 2016, at 4:00 p.m., be vacated and continued to August 23, 2016, at the hour of 4:00 p.m.

DATED this 20th day of July, 2016.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE